```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14756
   ANDRE LIGHTNER
   MARILYN LIGHTNER                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-9185      SSN XXX-XX-6325

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/09/2008 and was not confirmed.

     The case was dismissed without confirmation 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED           .00          .00
US BANK NATIONAL          NOTICE ONLY    NOT FILED           .00          .00
CAB WEST LLC              UNSECURED             .00          .00          .00
FORD MOTOR CREDIT         SECURED NOT I       .00            .00          .00
US BANK NATIONAL ASSOCIA  CURRENT MORTG       .00            .00          .00
US BANK NATIONAL ASSOCIA  SECURED NOT I       .00            .00          .00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED           .00          .00
VOLVO                     UNSECURED       5896.40            .00          .00
GMAC                      UNSECURED       8217.57            .00          .00
THADDEUS J HUNT           DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------    --------------
TOTALS                       .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 14756 ANDRE LIGHTNER & MARILYN LIGHTNER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE